# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:23-CR-67** |
| | ) | |
| **TON TON AQUINO** | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for August 1st – August 4th, August 17th – 18th, August 21st, September 15th,[1] September 25th, October 20th, November 2d – 3d, November 20th – 24th, and December 21st – 29th, 2023. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 1st day of August, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

---

[1] This date is approved pending the Court's acceptance of a guilty plea, which the parties are scheduling with the Court. In the absence of a guilty plea, trial remains set for September 11-15 and, therefore, as to September 15, this request is denied.